No. 3263. NEWMAN *v.* CLYBURN, November Term, 1893. On affidavit showing that the return was marked filed one day after the last day on which it should have been filed, the clerk of the Supreme Court dismissed the appeal under Rules 1 and 2. On motion made to reinstate the appeal, it appeared that the return was actually delivered in the clerk's office before 3 p. m. of such last day, but owing to the clerk's absence, it was not seen by him until the following day, and he marked it as then filed. The motion to reinstate was granted by order dated December 14, 1893, the court saying: "It appears that the return was actually sent and lodged in the office of the clerk of the Supreme Court within the twenty days required by Rule 1. It was the duty of appellants to file the return as agreed upon in the office of the clerk of the Circuit Court, which was done in due time; and then it was his duty to file a certified copy of the same in the office of the clerk of the Supreme Court, within the time prescribed. That he transmitted the return the latter part of the time in which he was required to do so, makes no difference. The appellant was entitled to full twenty days, and the return having reached the office of the clerk of the Supreme Court on the evening of the twentieth day, that was sufficient, though the paper was not marked filed on that day." Motion granted. Order made accordingly. *Boyd & Brown,* for the motion. *W. F. Stevenson,* contra.

No. 3264. BANK OF MARION *v.* EVERETT BROS., November Term, 1893. Order PER CURIAM December 14, 1893: "The appellants in above entitled case having failed to appear when the appeal therein was called, and having failed to file their argument as required by rule of this court, on motion of Woods & Macfarlan, counsel for respondents, ordered, that said appeal be dismissed."